987 So.2d 768 (2008)
Travis HANKERSON, Appellant,
v.
STATE of Florida, Appellee.
No. 4D08-1934.
District Court of Appeal of Florida, Fourth District.
July 16, 2008.
Rehearing Denied August 28, 2008.
Travis Hankerson, South Bay, pro se.
No appearance required for appellee.
PER CURIAM.
Affirmed. See Hamilton v. State, 981 So.2d 615 (Fla. 4th DCA 2008); Rouse v. State, 965 So.2d 201 (Fla. 5th DCA 2007).
SHAHOOD, C.J., KLEIN and STEVENSON, JJ., concur.